IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **KATHY FORD**<br>　　　Plaintiff | § § § § | **JUDGE** _____ |
| v. | § § | **Civil Action No.** _____ |
| **AMETHYST CONSTRUCTION, INC.**<br>　　　Defendant | § § § | **MAG. JUDGE** _____ |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES KATHY FORD, hereinafter called **Plaintiff** or **FORD**, complaining of and about **AMETHYST CONSTRUCTION, INC.**, hereinafter called **Defendant** or **AMETHYST**, and for cause of action shows unto the Court the following:

### PARTIES AND SERVICE

1. **Plaintiff KATHY FORD** is an individual that is a citizen of the Parish of Ouachita, State of Louisiana.

2. **Defendant AMETHYST CONSTRUCTION, INC.**, a Louisiana Corporation, that may be served through its Registered Agent, William E. Holdman, 643 Elam Woods Road, Winnsboro, LA 71295.

### JURISDICTION AND VENUE

3. The court has jurisdiction over the lawsuit because this action is brought pursuant to Title VII of the 1964 Civil Rights Act and the Louisiana Employment Discrimination Act.

4. Venue is proper in this district under 42 U.S.C. §2000e-5(f)(3) because the unlawful employment practice was committed in this district.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

5. **Plaintiff** timely filed a charge of discrimination against defendant with the Equal Employment Opportunity Commission (EEOC). On December 28, 2012, EEOC issued a Determination and Right to Sue on the issues. EEOC did not mail said Determination and Right to Sue to the most recent address on file for **FORD**. In addition, EEOC failed to forward a copy of the same to undersigned counsel. See Exhibit A. **Plaintiff** files this complaint within 90 days after her receipt of the notice of right to sue from the EEOC.

## GENDER DISCRIMINATION UNDER TITLE VII

6. **Plaintiff** is a female that began her employment with **Defendant** in June 2011 as a Driver. In 2011 **Plaintiff** was the subject of discrimination and retaliation and filed an EEOC charge against **Defendant**. In December 2011 **Plaintiff's** employment with **Defendant** was terminated.

7. During her employment with **Defendant AMETHYST**, **Plaintiff FORD** was not considered for higher paying positions or to operate better equipment regardless of her seniority or work experience.

8. During her employment with **Defendant AMETHYST**, **Plaintiff FORD** was not allowed to participate in on-the-job training for better, higher paying positions as provided for in **Defendant's** employee handbook. **Plaintiff FORD** was initially assigned to a tandem truck upon hire. A tandem truck requires a Class D license. When drivers were needed for bigger trucks, **Defendant AMETHYST** refused to allow **Plaintiff FORD** to drive those trucks despite her experience and Class A CDL license. **Defendant AMETHYST** also refused to allow **Plaintiff FORD** to train on the Lowboy or other machinery.

9. **Plaintiff FORD** was the only female worker (other than office personnel) in the field during the duration of her employment with **Defendant AMETHYST.**

10. **Plaintiff FORD** was the only employee that received a written warning for "Violation of Company Policy" for speaking with a law enforcement officer who was conducting an investigation after a co-worker had property stolen from his vehicle while parked in **Defendant's** parking lot. Upon information and belief, several employees were questioned by the Officer; however, **Plaintiff FORD** was the only employee "written-up."

11. In December 2011, **Defendant AMETHYST** received a call from an off-duty Volunteer Fire Department Officer who stated that a truck belonging to **Defendant** ran pedestrians off the road. A co-worker following directly behind **Plaintiff FORD** informed **Defendant AMETHYST** that **Plaintiff FORD** did not commit that offense. **Defendant AMETHYST** later learned that this incident was caused by a male driver operating a different truck belonging to **Defendant AMETHYST**. **Defendant AMETHYST** terminated **Plaintiff**

**FORD's** employment for this offense. The male driver operating this truck was not terminated.

12. **Defendant** is justly and truly liable to **Plaintiff** in and for a sum sufficient to adequately compensate her for discriminating and retaliating against her. **Defendant**'s failure to treat all the employees (field workers) and/or applicants to the available positions equally and qualifying them by their experience and credentials instead of by their gender, resulted in the intentional infliction of emotional distress.

13. Even though **Plaintiff** actively and repeatedly applied to all the available higher-level positions, **Defendant** did not hire or attempt to hire **Plaintiff** for any of the higher-level positions.

14. **Defendant** retaliated against **Plaintiff** on the basis of her gender with malice or with reckless indifference to her state protected rights. Defendant further engaged in acts of reprisal and retaliation with malice and reckless indifference to her federal and state protected rights.

### DAMAGES

15. **Plaintiff** sustained the following damages as a result of the actions and/or omissions of **Defendant** described hereinabove:

   a. Back pay from the date of **Plaintiff's** termination from employment by **Defendant,** with interest;

   b. All reasonable and necessary costs incurred in pursuit of this suit;

   c. Expert fees as the Court deems appropriate;

   d. Front pay in an amount the Court deems equitable and just to make **Plaintiff** whole;

   e. Inconvenience;

   f. Pre and post judgment interest;

   g. Loss of enjoyment of life;

   h. Mental anguish in the past;

   i. Mental anguish in the future;

   j. Loss of benefits; and,

k.  All reasonable and necessary attorney's fees incurred by or on behalf of **Plaintiff**, including all fees necessary in the event of an appeal of this cause to the Third Circuit Court of Appeals and the United States Supreme Court, as the Court deems equitable and just.

## EXEMPLARY DAMAGES

16. **Plaintiff** would further show that the acts and omissions of **Defendant**, complained of herein, were committed with malice or reckless indifference to the federally protected rights of **Plaintiff**. In order to punish said **Defendant** for engaging in unlawful business practices and to deter such actions and/or omissions in the future, **Plaintiff** also seeks recovery from **Defendant** for exemplary damages.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, **Plaintiff**, respectfully prays that the **Defendant** be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the **Plaintiff** against **Defendant** for damages in an amount within the jurisdictional limits of the Court; exemplary damages, including interest, together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; attorney fees and such other and further relief to which the **Plaintiff** may be entitled at law or in equity.

## DEMAND FOR JURY TRIAL

**Plaintiff**, asserts her rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

Respectfully submitted,
MIXON & CARROLL, PLC
107 Riser Street
P. O. Drawer 1619
Columbia, LA 71418
(318) 649-9284 – Telephone
(318) 649-0277 – Facsimile
JMixon@MixonCarroll.com
JCarroll@MixonCarroll.com
BFrazier@MixonCarroll.com

BY: _____
JAMES L. CARROLL, LSB# 28322
JAMES E. MIXON, LSB# 10358
BRIAN E. FRAZIER, LSB# 30509

**Please serve Defendants:**

**Amethyst Construction Inc.**
*Through its registered agent:*
William E. Holdman
643 Elam Woods Road
Winnsboro, LA 71295

STATE OF LOUISIANA

PARISH OF CALDWELL

## VERIFICATION

Before me, the undersigned Notary, personally came and appeared **KATHY FORD,** who first being duly sworn by me deposed that she has read the above Plaintiff's Original Complaint and that all of the allegations of fact contained therein are true and correct to the best of her knowledge, information and belief.

_____
**KATHY FORD**

SWORN TO AND SUBSCRIBED before me, this 27th day of August, 2014, at Columbia, Louisiana.

_____
NOTARY PUBLIC
Print Name: _____
Notary #: _____
My Commission Expires: _____

JAMES L. CARROLL
NOTARY PUBLIC # 68743
STATE OF LOUISIANA
My Commission Expires with Life.

{00118294.1 2762/1}　　　　　　6